João Manuel Pereira da Fonseca
P.C.P.C. No. 355126
Central Treatment Facility
1901 E St. SE
Washington, DC 20003

FILED
OCT 12 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Let this be filed

10/12/17

September 27, 2017

Honorable Emmet G. Sullivan, Judge
U.S. District Court
333 Constitution Ave. NW
Washington, DC 20004

RE: United States Vs. Pereira da Fonseca
Case No: 1:16-CR-00089-EGS
(SPECIFIC PERFORMANCE of A PLEA AGREEMT)

Dear Judge Sullivan,

I agree to plead guilty to end this fiasco and go home to my family.

Our agreement was that i would go home on September 15, 2017

I wish this court to enforce the terms of the PLEA agreement with an order to release me forthwith and allow me to go home.

Thank you.

Very truly yours,

João Fonseca