**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.: 16-089 (EGS)** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JOAO MANUEL PEREIRA DA FONSECA,** | : | |
| | : | |
| **Defendant.** | : | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S LETTER REGARDING REMOVAL

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully files this response to the defendant's letter suggesting that there was an agreement that he be removed from the United States on September 15, 2017 (ECF No. 71). The defendant entered his guilty plea on July 17, 2017, and he was sentenced on September 14, 2017. Based upon the written plea documents and the court proceedings, it is clear that no one promised the defendant he would be deported on September 15th. If the defendant had that impression, he was mistaken.

In any event, this matter is moot because the defendant was removed from the United States on Thursday, October 26, 2017. Accordingly, the government submits that the Court should deny the defendant's request that the Court order his release forthwith as moot.

Respectfully submitted,

JESSIE K. LIU
United States Attorney

By:     /s/_____
Frederick W. Yette, DC Bar #385391
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
Frederick.Yette@usdoj.gov
202-252-7733